DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KRISTINA RUBIO,**
Appellant,

v.

**CITIBANK, N.A.,** and **JHOAN MANUEL ARIAS,** an Individual,
Appellees.

No. 4D2023-2462

[August 15, 2024]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 23-003276 CACE (21).

Chris Kleppin and Allyson Kisiel of The Kleppin Firm, P.A., Plantation, for appellant.

Steven S. Cula and Christopher P. Hammon of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Miami, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***